<table>
<tr><td>

District Court
Denver County, Colorado
Court Address: 1437 Bannock Street
Denver, CO  80202
<br>
Plaintiff(s):  TIMOTHY BOSWINKLE and
MICHAEL GATES, et al.

V.

DEFENDANT:  NAVAJO EXPRESS, INC.

</td><td>

DATE FILED: September 10, 2020 1:39 PM
FILING ID: EF9660B58E9D4
CASE NUMBER: 2020CV33120

▲ COURT USE ONLY ▲

</td></tr>
<tr><td>

Andrew H. Turner, Atty. Reg. #: 43869
Matthew Fritz-Mauer, Atty. Reg. #: 54334
aturner@laborlawdenver.com
mfritzmauer@laborlawdenver.com
THE KELMAN BUESCHER FIRM
600 Grant Street, Suite 825
Denver, CO 80203
Phone number: (303) 333-7751
Fax number:  (303) 333-7758

</td><td>

Case Number:

Division       Courtroom

</td></tr>
</table>

**DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**

1.  This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2.  Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

    X   This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

    ☐   This party is seeking a monetary judgment against another party for more than $100,000.00, including any penalties or punitive damages, but excluding attorney fees, interest and costs, as supported by the following certification:

        By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000."

    **Or**

**EXHIBIT B**
*Defendant Navajo's
Notice of Removal*

☐  Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3.  ☐  This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking        this box is optional.)

"Electronically Filed"

**Date:** __**September 10, 2020**__        *__s/ Andrew Turner__*_____

**Signature of Party or Attorney for Party**

**NOTICE**

This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.