IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No.: 1:20-cv-03325-WJM-NYW

TIMOTHY BOSWINKLE, and
MICHAEL GATES,
individually and on behalf of all others
similarly situated,

Plaintiffs,
 v.

NAVAJO EXPRESS, INC.,

      Defendant.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

---

      Defendant Navajo Express, Inc., and Plaintiffs Timothy Boswinkle and Michael Gates by their counsel hereby submit this Stipulation of Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(ii). The parties request dismissal with prejudice. Each party will bear its own attorneys' fees and costs, except as may otherwise be agreed by the parties.

      **Respectfully Submitted,**

| | |
|---|---|
| **/s/Andrew H. Turner** | **/s/ E. Ashley Paynter** |
| Andrew H. Turner | Christopher J. Eckhart (Admitted PHV) |
| MILSTEIN TURNER, PLLC | E. Ashley Paynter (Admitted PHV) |
| 1490 Lafayette St. #304 | Scopelitis, Garvin, Light, Hanson & Feary, P.C |
| Denver, CO. 80218 | 10 West Market Street, Suite 1400, |
| Tel: (303) 305-8230 | Indianapolis, IN. 46204 |

andrew@milsteinturner.com

*Counsel for Plaintiffs*

Tel: (317) 637-1777
cekhart@scopelitis.com
apaynter@scopelitis.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document on Defendant by electronically filing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to all counsel of record *via* e-mail.

This 20th day of July, 2022.

                                               */s/ Andrew H. Turner*
                                               Counsel for Plaintiffs